AO 133   (R   12   9) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

RUHI REIMER,  )
)
v.  )   Case No.: 1:23-CV-00683-MSN-JFA
MEDIGAP LIFE, LLC  )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___11/30/2023___ against __Plaintiff Ruhi Reimer__ ,
                                                                          *Date*

the Clerk is requested to tax the following as costs:     **PRO HAC APPLICATIONS (2)**        **$150.00**

Fees of the Clerk  . . .                                                                $             ~~311.00~~

Fees for service of summons and subpoena  .

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .     **VIDEO NOT TAXABLE**        **$2,827.11**
                                                                                                    ~~4,123.11~~

Fees and disbursements for printing . . .                                                              1,530.48

Fees for witnesses *(itemize on page two)*  . .                                                          0.00

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     ~~341.00~~

Docket fees under 28 U.S.C. 1923  . .

Costs as shown on Mandate of Court of Appeals . . .

Compensation of court-appointed experts  . .

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  .

Other costs *(please itemize)* . . .                                             **MESSENGER FEES**    **$341.00**

                                                                TOTAL     $ **$4,848.59** ~~6,305.59~~

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
| --- |

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:  _____

s/ Attorney:  __Matthew A. Keilson__

Name of Attorney:  __Matthew A. Keilson, Watstein Terepka LLP__

For:  _____Defendant Medigap Life, LLC_____     Date:  __12/14/2023__
                    *Name of Claiming Party*

| Taxation of Costs |
| --- |

Costs are taxed in the amount of _____ and included in the judgment.

__Fernando Galindo__              By:  __/s/ Lynnelle Creek__              __4/11/2024__
*Clerk of Court*                          *Deputy Clerk*                          *Date*